FILED

Jun 25 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>   v.<br><br>KAROL ERAZO REANOS,<br><br>          Defendant. | Case No.  19-cr-00381-CRB-2  (LB)<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant on the conditions in the bond form. The court specifically finds that the defendant is not a danger to the community and that the conditions mitigate the risk of flight.

**IT IS SO ORDERED.**

Dated:  June 24, 2020

_____
LAUREL BEELER
United States Magistrate Judge

ORDER FOR RELEASE 19-cr-00381-CRB-2