DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorneys

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7200
  FAX: (415) 436-7234
  sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No Cr 19-0381-2 CRB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF PRETRIAL RELEASE |
| KAROL ERAZO REANOS, | ) |
| Defendant. | ) |

As discussed on the record during the bond hearing on June 29, 2020, the parties submit this stipulation detailing the parameters of the stay away order imposed by the Court. The parties agree and stipulate that while on pretrial release, the defendant will stay away from the area in San Francisco bordered on the west by Polk Street and South Van Ness Avenue, on the north by Geary Street, on the east by Powell Street and 3rd Street, and on the south by Mission Street, with the following exceptions: 1) the defendant may enter the area to attend any court proceedings at 450 Golden Gate Avenue, or after requesting and receiving approval from her assigned U.S. Pretrial Services Officer; and 2) the defendant may travel on BART, MUNI, or other public transportation through the area, but may not then get off of

//

//

said transportation and enter the area on foot.

DATED: July 1, 2020          Respectfully submitted,

         DAVID L. ANDERSON
         United States Attorney

         _____/s_____
         SAILAJA M. PAIDIPATY
         Assistant United States Attorney

DATED: July 1, 2020

         ____/s (signed with permission)____
         MARK VERMEULEN
         Counsel for Defendant

[PROPOSED] ORDER

Pursuant to the stipulation of the parties above and the statements on the record during the June 29, 2020 hearing, it is hereby ORDERED that the stay away condition imposed by the Court is modified as set forth above detailing the boundaries of the area in San Francisco that the defendant must not enter while on pretrial release.

DATE:

         _____
         LAUREL BEELER
         U.S. Magistrate Judge