# Exhibit A

Judge Charles R. Breyer
San Francisco Courthouse
Courtroom 6 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

September 1, 2020

    Re: Nicolas Soria, Case No. CR 19-0381-14 CRB

Dear Judge Breyer,

Hello my name is Stephanie Soria. I am the Alonso's oldest daughter. I am twenty-four years old. I currently work as General Manager and as a sales representative at a Boost Mobile store. I am also going to school to pursue a career in Real estate. My father has always been there for not only for me, my mother and sister, but also my entire family. Growing up I always admired him for being a such a hard working, generous, compassionate and caring human being.

My father isn't someone who likes to express himself a lot. He has always been someone who shows who he is through his actions. He has made sure that everyone knows what matters to him. He is someone who people can count on, someone dependable and a great listener. Going up my father had to mature at a very young age, which in my opinion is why he is so wise and experienced. You can always count on home to be able to give you good advice and help you in any problem they might have.

As a child my dad didn't have a lot. He has told us his stories of how sometimes he would go to sleep hungry because they couldn't make ends meet. This is something that has always stuck with me because it's heartbreaking to see someone I care so much for tell us how much he suffered. The reason I mention this is ever since my dad was able to provide for his family, he has. At 14, he was working to provide not only for himself but his mother and siblings. As a child, his siblings and his father weren't close and he couldn't really count on them, but selfishly I am thankful for that. Him growing up with little support from his family, molded him to be the incredible man I admire.

Even though growing up in this environment, it shaped him to be very family oriented. He has always said that he doesn't want to be like his father, someone who was in and out of his life or he didn't want my sister and I to have the same relationship he and his siblings had. Ever since day one, my dad has taught me that family is all I have. He has been such a loving father, always putting my sister and I first. He has always work so much to make us happy, always going out of his way to give us the luxuries he was never able to enjoy.

Growing up my dad always told us that out biggest responsibility was to do well in school. To him our education was a priority, he always made sure that we understood that without education life can be super challenging. He always told us that he would do his best to provide us with things as long as we understood we need to provide good grades in return. He taught me that him being hard on us and it's our education was something that was going to benefit us because we

wouldn't have to endure manual hard work or having someone telling me what to do. He has showed me how important it is to have a career and motivation to succeed. One day I hope to make him proud and be able return a least a little piece of everything he has given my sisters and I.

A few years ago my dad was diagnosed with Diabetes. He has always been a strong man but this illness has taken a tole on his life. He being incarcerated will affect his health so much. He is always being checked up on. The diabetes is ruining his body slowly. He gets these pains in his hands and feet that are at times intolerable. Not only does he suffer from diabetes, he has high blood pressure, lost a significant amount of hearing from one ear, his vision is horrible and he gets really bad cramps on his legs. Also last year he got pneumonia and was hospitalized because his cough was horrible. The amount of medicine my father takes is incredible. I think about this whole pandemic that is going on and I am scared for his life. People with breathing problems and other serious health issues are dying because the disease is too much for their bodies to handle. Just the thought of me losing him, is unimaginable.

My dad is such a strong male figure in not only my life but our whole families lives. He has take care of all of us. My aunt had a daughter in 2011, her name is Rosalie. Rosalie was a year old when her father left her, and my dad has raised her as his own. In reality Rosalie is more like my sister than a cousin. She calls him, her dad and she tells people she is special because she has 2 mommies, my mother and hers. Rosalie adores my dad is all her heart, she says she loves us all equally but we all know she loves him a little more. I remember when Rosalie was only two years old, my aunt decided to move out of our home to live with a friend, it was a hard time for my dad. We noticed how much it affected him mentally and emotionally not to see Rosalie. But the worst part was the fact that it affected Rosalie as well, she wasn't eating, always crying and really sick. Not having someone take care of Rosalie while being sick, my asked my dad and mom to watch her. Rosalie's whole mood changed, we have a video of much better she was being with him.

About a year ago my cousin's husband, Francisco, was diagnosed with cancer. My dad stepped up to help them out because her husband was the head of the household. They also have two boys one is 8 and the other one is 4, that my dad and mom help take care of. He fought so hard but unfortunately, a few months he lost his battle. The last few months my dad has been such a huge support for her, he is the person she always talks to. On his last day, my dad promised him that he would take care of my cousin and the kids. My dad calls her everyday to see how they are doing.

I understand my father has pled guilty to Possession. He was a long list of health issues that need to be constantly taken care of. He being away from me is something I can not imagine. This whole situation has taught me that I am not strong or mature enough to be with out him. He motivates me to be a better person with goals and ambitions. He being incarcerated will affect us in different ways. My mom has not being away from him in the entire time that have together. My dad being away will affect us all because in a sense we all depend on him for everything.

Thank you Judge Breyer for taking my letter about my father into consideration. Please feel free to contact me by email, ██████████ .com or by phone at ████████ . Thank you again for you time.

Sincerely,
Stephanie Soria

Honorable Charles R. Breyer

United States District Judge

September 14, 2020

Dear Judge Breyer,

Hello, my name is Roxanna Soria. I'm the youngest daughter of Nicolas Alonso Soria Osuna. I'm 21 years old and I work for an afterschool program helping kids with their schoolwork and homework currently also working helping kids of essential workers in school while they work, and kids take classes through zoom. I also am a college student studying psychology in order to be a school counselor, child therapist or child psychiatrist. My dad has been with me since the moment I was born. He's always been by our side taking care of us. Through my life I've seen what kind of person he is through his actions he is generous, compassionate, hardworking, and devoted to his family.

My dad doesn't tell people who he is, he shows them.  He's always shown me that family will always be the most important thing because your family will always be a constant. He's taught my sister and I to always be close and united because we only have each other. As a result of that my sister Stephanie and I are extremely close. My dad didn't have the best family dynamic and didn't want the same for his family. He had a hard childhood and he had to support his family from a really young age he had to grow up fast. I look up to him. He's always there to help others.

When I was a kid my dad worked as an electrician. Although he was able to provide for my mom, sister, and me he couldn't spend as much time with us as he would've liked which

made him unhappy. He always wanted to spend as much time together as possible. In order to do that he had to move on and become a mechanic and work by his own account. He was able to work when he wanted at the time, he wanted which gave him the advantage to spend more time with us. He was able to watch us grow up like he always wanted.

He's always done what he could to help our extended family on his own and my mom's side as well. He's always tried to help his mom financially as much as he can since he is unable to see her. He's always tried to make sure she has what she needs. He looks out for the well-being of my mom's since she has Alzheimer's disease. He would like to solve a plan for her care not only for her but because my mom wants that. My family has always been close, but my dad has really tried to keep us united as possible.

In each family there's always rough moments which we need to face. This year was another year we faced the passing of my cousin's husband Francisco after he lost his battle to cancer. He and my dad had a very tight bond through the time they spent together. Up to his passing and through his deteriorating health my parents did the best that they could to stay close to them and support them in what they needed. My dad constantly called them and asked if they needed anything like help taking care of their two kids, financially, or just moral support. After his passing my cousin Claudia relied on my dad's support through the funeral arrangements to make sure that she was making the best decisions for her. We went every day during those days of preparations so that she didn't feel alone and unsupported. Now that months have passed, we continue to help her taking care of her kids while she works or just as a distraction.

My dad has also always been close to my younger cousin, Rosalie, who is the daughter of my mom's sister. Even if she is our cousin and his niece, we don't see her that way to us she is our sister and my dad's daughter. We have taken her in as another part of our family. My parents

took in my aunt as a teen she lived with our family until she was 26. When she had Rosalie, she had no one to look after her when she worked but my family was more than happy to do so. From that day she has been almost living with us. My dad cared for her as his own daughter looking out for all her needs. She has come to see my parents and her own after he took the role of being her dad. She has always been closer to my dad than anyone else. He's provided for her in every way a father would for his child emotionally, protectively, and financially. He was there to support her through everything: her first steps, first words, first time going to school, first time on a roller coaster, school performances and the list goes on. He's been by her side always and will remain doing so.

My dad has also tried to instill in us the importance of being hardworking. He's always told us that having a good education will always benefit us in the long term. Showing us that having an education will help us reach a better way of living. He has made it a point to show us that the world is not an easy place and for us not to work with our backs but with our mind instead. He has always made an effort to try and support us with our schoolwork even after being exhausted from working all day. My dad has shown us what it is like to be hardworking when he works while being sick, no matter what weather it is, after being exhausted, or even in pain he'll go and work. I know he does whatever he needs to in order to support our family.

I know that his possible imprisonment and deportation will separate our family. We'd be without the person who keeps us safe. I would take away my mom's life partner and peace since they're always together all day every day. I think it would hurt us as a family if we wouldn't have the person who tries to keep us all together. It would also make us struggle to make ends meet since he helps us financially with rent and bills. More importantly we'd have constant fear and worry for him and how it would affect his health issue, having diabetes, losing his ability to

hear, losing some of his sight, the constant pain in his hands and feet, chest pain from cold after

having bronchitis, and missing his doctor's appointments. Also adding to the risk of him

contracting COVID-19 and how hard it could hit him with all these complications. Lastly I'd like

to thank you for considering my letter in account to my dad

Sincerely,

Roxanna Soria

Dear Judge Breyer,

Hello, my name is Claudia Gaz, I am 32 years old. Nicolas Alonso Soria is my uncle, I have practically known him my entire life. Growing up and even now he has always been a supportive and a very compassionate person.

I am a mother of two boys. My oldest is eight and the youngest is four. Four months ago, my husband passed away from cancer. Ever since he was diagnosed my uncle has been very supportive always available to help take care of my kids, whenever I had to take my husband to the hospital. My uncle and aunt were such a big help in this difficult time of my life. They're support was so appreciated because my focus was my husband's treatments, unfortunately he lost his battle against this horrible disease.

On January 2, 2019 my father also passed away from a stroke, as you can imagine Judge Breyermy life has been difficult losing two of the most important men in my life, in as span of a year. My uncle, Alonso, has become a very important male figure in my life and in my kids lives to. Of course, my aunt and cousins as well are always there protecting and taking care of them. They are a beautiful family.

I am aware that my uncle has pled guilty, but I am also aware of the impact his incarceration will have to our family, especially since he is the only male figure we can count on. Finally, thank you for considering my leterr in respects to my uncle, Alonso Soria. If you have any qustions for me, feel free tcontact me at ███████████ or by email, ███████████

Thank You,

Claudia Gaz

August 23, 2020

Dear Judge Breyer,

Hello, my name is Mauricio Mejia. Alonso Soria is one of my best friends. I've know him for many years. I first met him at my old job called Chrome Nickel. He would wash and chrome bumpers. Even though this was his job, our boss would have him do other things and he was willing to do them. He has always been a hard worker and always showed up to work with the best attitude, ready to work. Alonso got along with everyone at work including myself. I started inviting him to my home where he met my family. Spending so much time with him at work and at our family barbeques, we became best friends.

Alonso has many amazing qualities. For example, he is a very hard worker. He has always tried to better himself. He has had to adjust to many jobs to provide for his family including a bumper business, electricians, and a mechanic. Another amazing quality I've seen from him is that he is a great father, son, husband, and friend. I have seen how good he is with his kids. He is very supportive, attentive, and loving to his children. He also shows the same love and support to his wife and mother. I know that he always tried to spend as much time with them as possible. Alonso has always been a great friend to me. He is always making sure we stay in contact and calls me all the time. Whenever I have a problem I know I can count on him to listen and help me solve it. He asks me everytime about my family and is always concerned with there well being when they are sick.

I know his imprisonment will impact his family and friends lives. It will affect his family because they would no longer have that support from him. They are a very united family and I think this will tear them apart. His mother would be said and live with anguish knowing her son will be imprisoned. I would also be sad knowing this is happening to my bestfriend. I would not be able to se him frequently or spend time with him. Finally, thank you for considering my letter in respects of Alonso Soria. If you have any questions for me you can contact me at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ or my cell phone number ▆▆▆▆▆▆▆▆

Hello, my name is Ruben Gaz.
The known Alonso Soria I known him for
over 20 Years, I met him when I was a little kid
in Tijuana when him and my aunt Xochilt Gaz Started
dating as teenagers. In the time Ive known him
he has Shown he is a very good Parent and hard
worker always Providing for my aunt and Cousins. he's
very respecful person and always taking care of he's
nephews and relatives always going out of his
way to give christmas gifts for his nephews and
nieces although they are not his responsability
he does it cause he's a good Person with a big
heart. he has Shown me these qualities
in many ways more specifically when, on christmas
and we were all broke in the family including him
he went out of he's way to buy a little gift for everyone
when he didn't have to, I also remember when
last born I was going thru hard times and I didn't
have money for a baby shower he offered me help
by letting me do the baby shower at he's house When
at the end he payed for almost everything when he
didn't have to and also was going thru tuff times
with work work being slow.
I am aware of Alonso Soria has declared himself
guilty of posession and intent of distribution

Of Cocaine in Violation 18 USC 841(a)(1),
6(1)(c) but I also am aware of the impact
his encarceration will have on his family, I will
affect the family a lot not only of hes health issues
but cause of hes daughters and wife need him
hes a good Person but also the Provier the head
of house hold and as all hes family need but hes
our uncle but a lot of us See him as our Parent
cause he raised us since we were kids and some since
they were babies and who doesnt need hes Parent
around for advice, guidace, and love.
Finally thank you for considering my letter
in respects to Alonso Soria. IF you have any
questions for me Yo [redacted]

Sincerely
RUBEN Gaz

Honorable Charles R. Breyer

United States District Judge


September 14, 2020


Dear Judge Breyer,

Hello, my name is Courtney McMillion. I've known Alonso Soria for 16 years. Alonso has always been a family man and a very outgoing person he would help anyone in need. I lived next door to him and his family for three years. He is the uncle to my kids on my husband's side. My kids think that he's their favorite uncle and they have a lot of love for him.  He's always had a smile on his face and was all about raising two daughters, and spending time with family barbecuing and enjoying life. I am aware Alonso Soria has declared himself guilty, but I am also aware of what impact his incarceration will have on his family and friends. We would be devastated and heartbroken to see his daughters and wife left alone. Thank you, for considering my letter in regard to Alonso Soria. If you have questions you can contact me at ██████████████████████████ or call me at ████████████ .

# Exhibit B

[handwritten letter]

8/15/2020

Dear or esteemed Judge Breyer

Hi my name is Elsa Y. Gaz. I have known Alonso Soria for over 30 years. He is my brother-in-law my sister Delia Gaz's husband. During all the time I have known him he has been an honest and responsible person, free from bad vices and always taking care of his family with much love. He has shown me the good person that he is through his advice, support and love. Since I was just a girl he has inspired me to be a better person, to study and work hard to reach my goals. Also, he has shown me the type of person he is, being responsible, honest, a good citizen, hard-working and always looking out for the best for his family. I am aware that Alonso Soria has pled guilty of possession and intent to distribute cocaine in violation of 18 U.S.C 841(a)(1), b(1)(c) but I also know the impact that this will have on his family and friends. The impact will be rough and painful. He has always been the head of the family, he supports his wife and daughters. Also, we are seriously worried about Alonso Soria's health, We know that he needs a lot of medical care and medicines. I ask you to consider my letter in regards to Alonso Soria. If you have any questions you can contact me at the number ██████████ or by email: ████████████████████

Sincerely,

Elsa Y. Gaz

08/15/2020

Querido o estimado Juez Beyer

Hola mi nombre es Elsa Y. Gaz. He conocido
a Alonso Soria por mas de 30 años. El es
mi cuñado esposo de mi hermana Delia Gaz.
El largo tiempo que lo he conocido ha sido
una persona honesta, responsable, libre de males
vicios y siempre estar atento al cuidado de su
familia con mucho amor. El me ha demostrado
el buen tipo de persona que es por sus consejos,
apoyo y amor. El desde que yo era niña me inspiro
a ser una mejor persona, estudiar y trabajar duro
para cumplir mis metas. Tambien, el me ha demostrado
el tipo de persona que es el, al ser responsable, honesto
buen ciudadano, trabajador y siempre mirar lo mejor
para su familia. Yo estoy informada que Alonso Soria
se ha declarado culpable de posesion e intento
de distribucion de cocaina en violacion de
18 U.S.C 841 (a)(1), b (1)(c) pero tambien se
el impacto que tendra a su familia y amistades.
El impacto seria muy duro y doloroso. El ha sido
siempre el jefe de familia, el sosten de su esposa
e hijas. Tambien nos preocupamos seriamente por
la salud de Alonso Soria, sabemos que necesita
muchos cuidados medicos y sus medicinas.
Le pido concidere mi carta en respecto a Alonso Soria.
Si tiene una pregunta pueden contactarme al
numero ███████████████ o a mi correo electonico:
████████████████████████

Estimadamente;
Elsa Y. Gaz.

[handwritten letter]

September 2, 2020

Dear and Esteemed Judge Beyer

Good morning or evening: The purpose of this letter is to send you best wishes

My name is Silvia L. Gaz Mtz.

And I have known Alonso Soria for Over 24 years because he is the spouse of my sister and father of my 2 nieces Roxana and Stephanie and he has always shown himself to be a good man, serious and very responsible and an excellent father. And he really loves his family and you can tell over the years. I am aware that Alonso Soria: Has pled guilty to possession and distribution of cocaine in violation of 18 USC, 841(a)(1), b(1)(c). This really had a deep impact on me to the extent that is hard for me to understand it: But I also see how his family y suffering and crying. My nieces and sister are scared and traumatized, they can't concentrate on what they are doing and they try to carry on For that reason I thank you for taking into consideration my letter, in regards to Alfonso Soria's very serious situation.

If you have any questions, please contact me at the phone number ███████████

Email: ███████████████

Sincerely,

Silvia L. Gaz Mtz.

Certified Translation by Anna Kelsey, United States Court Certified
Interpreter #06-031 of two letters in the case of Nicolas Soria.

Septiembre 2 2020

Querido y Estimados Juez Beyer

Buenos dias o tardes. La carta va con el fin de mandarle un cordial saludo. Mi Nombre es Silvia L. Gaz Htz. Y tengo conociendo a Alonso Soria. Mas de 24 años por que el es Pareja de mi hermana y padre de mis 2 Sobrinas Roxana y Stepanhie y el siempre a demostrado Ser un buen hombre, serio y muy responsable y un exelente padre. Y ama mucho a su familia y se a notado a través de este tiempo. Estoy enterada que Alonso Soria: Se a declarado culpable de pocesion y distribucion de cocaina en violacion de 18 USC, 841(a)(1) b(1)(c). El cual me causo un impacto profundo al grado que me cuesta trabajo entenderlo. Pero, tambien veo como su familia sufre y llora. Mis sobrinas y hermanas estan asustadas y traumadas, sin poder concentrarse en lo que hacen y tratan de salir adelante. Por tal hecho gracias por considerar mi

carta, en respecto a esta muy grave situacion de Alonso Soria.

Si tienen alguna pregunta o duda, favor de contactarme al Tel. ███████████

Correo Elec ███████████

ATTE
Silvia L. Gaz Htz

# Exhibit C

SORIA, Nicolas **DOB:** ▮▮▮▮ **(45 yo M) Acc No.** ▮▮▮▮ **DOS:** ▮▮▮▮



## Soria, Nicolas
45 Y old Male, DOB: ▮▮▮▮
Account Number: ▮▮▮▮

---

**07/23/2020**                                                    Jothi Naidu, NP
**Check In: 09:49 AM PST Check Out: 11:47 AM PST**

### Current Medications

Taking
- Benazepril HCl 10 mg Tablet 1 tablet Orally once a day
- Pravastatin Sodium 40 MG Tablet 1 tablet Orally in PM
- Aspir-81 81 MG Tablet Delayed Release 1 tablet Orally in PM
- MetforмиN 1000mg Tablet 1 tablet Orally twice a day
- GlipiZIDE 10 mg Tablet 2 tablet Orally twice per day
- Novolin N 100 UNIT/ML Suspension inject 20 units am 5 units pm BID
- Amitriptyline HCl 10 mg Tablet 1 tablet Orally in PM
- Insulin Syringe-Needle U-100 28G X 1/2 Miscellaneous as directed as directed BID
- Gabapentin 300 mg Capsule 1 capsule Orally in AM

Discontinued
- Ibuprofen 600 MG Tablet 1 tablet Orally Three times a day, Discontinue Reason: Others:
- Sildenafil Citrate 50 mg Tablet as directed Orally per week, Discontinue Reason: Others:
- Medication List reviewed and reconciled with the patient

### Active Problem List

E11.42  Type 2 diabetes mellitus with diabetic polyneuropathy
**Onset Date:**
**Modified On:** 07/23/2020

Z79.4  Long term current use of insulin
**Onset Date:**
**Modified On:** 07/23/2020

Z13.220 Lipid screening
**Onset Date:**
**Modified On:** 11/21/2016

M79.672 Pain in left foot
**Onset Date:**
**Modified On:** 01/10/2017

### Reason for Appointment
1. dm Follow up ___S.Marchan,MA
2. Patient/Guardian informed and consents to clinical visit via telehealth modality and understands it's limitations
3. @9:51am 45 y/o m telehealth visit for dm follow up pt c/o of coughx 4 days and cold x 2days ____S.Marchan,MA

### History of Present Illness
Depression Screening:
   PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? **Not at all**, Feeling down, depressed, or hopeless? **Not at all**, Total Score  **0.**
Preventive Services:
   LDL Missing.
Screenings:
   Screening Intake  Are you experiencing any of the following symptoms: fever or chills, cough, SOB, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, diarrhea? **Runny nose, Cough** , If yes, in the last 14 days before symptom onset, did you travel through any of the following countries: China, Iran, Japan, South Korea  **None of the above** , Have you had close contact with a laboratory confirmed COVID-19 patient:  **No** , Other:  .
Today's Visit:
   @ 1139 45 yo male called in via telephone for routine f/u on HTN, DM and high cholesterol. He is requesting medication refills, labs were ordered with his last visit and he did not get them done. Informed pt that he is due for labs and to come fasting. He is c/o of cough and cold, cold is getting better but cough is bad mostly at night time. Pt does have appointment for COVID testing this afternoon. No other concerns.

### Assessments

1. Type 2 diabetes mellitus with diabetic polyneuropathy - E11.42 (Primary), controlled will continue current therapy
2. Long term current use of insulin - Z79.4

.fA, *Nicolas* **DOB:** ▮▮▮▮▮   (45 yo M) **Acc No.** ▮▮▮▮▮   **DOS:** 07/23/2020

M79.671 Pain in right foot
    **Onset Date:**
    **Modified On:** 01/10/2017

E11.42 Type 2 diabetes mellitus with diabetic
    polyneuropathy
    **Onset Date:**
    **Modified On:** 01/10/2017

M77.41 Metatarsalgia, right foot
    **Onset Date:**
    **Modified On:** 01/10/2017

M77.42 Metatarsalgia of left foot
    **Onset Date:**
    **Modified On:** 01/10/2017

E11.9 Comprehensive diabetic foot
    examination, type 2 DM, encounter
    for
    **Onset Date:**
    **Modified On:** 01/10/2017

I10 HTN (hypertension)
    **Onset Date:**
    **Modified On:** 07/23/2020

E11.9 Diabetes
    **Onset Date:**
    **Modified On:** 12/10/2019

E78.5 Lipidemia
    **Onset Date:**
    **Modified On:** 10/22/2019

I10 Essential hypertension
    **Onset Date:**
    **Modified On:** 01/08/2020

E78.5 Dyslipidemia
    **Onset Date:**
    **Modified On:** 07/23/2020

K05.30 Periodontitis
    **Onset Date:**
    **Modified On:** 04/23/2019

E11.65 Poorly controlled diabetes mellitus
    **Onset Date:**
    **Modified On:** 10/22/2019

R07.89 Atypical chest pain
    **Onset Date:**
    **Modified On:** 05/30/2019

J40 Bronchitis
    **Onset Date:**
    **Modified On:** 06/06/2019

J98.01 Bronchospasm
    **Onset Date:**
    **Modified On:** 06/06/2019

E11.9

3. HTN (hypertension) - I10
4. Dyslipidemia - E78.5, Stable
5. Cough - R05, Getting tested for covid

**Treatment**

**1. Type 2 diabetes mellitus with diabetic polyneuropathy**
Refill MetforminN Tablet, 1000mg, 1 tablet, Orally, twice a day, 30 days, 60 Tablet, Refills 4
Refill GlipiZIDE Tablet, 10 mg, 2 tablet, Orally, twice per day, 30 days, 60, Refills 4
Refill Novolin N Suspension, 100 UNIT/ML, inject, 20 units am 5 units pm, BID, 30 days, 1 month supply, Refills 4
Refill Amitriptyline HCl Tablet, 10 mg, 1 tablet, Orally, in PM, 30 days, 30, Refills 4
Refill Insulin Syringe-Needle U-100 Miscellaneous, 28G X 1/2, as directed, as directed, BID, 30 days, 100, Refills 3
Refill Gabapentin Capsule, 300 mg, 1 capsule, Orally, in AM, 30 days, 30, Refills 4
    LAB: MICROALBUMIN, RANDOM URINE (W/CREATININE) (Ordered for 07/23/2020)
    LAB: COMPREHENSIVE METABOLIC PANEL (Ordered for 07/23/2020)

**2. HTN (hypertension)**
Refill Benazepril HCl Tablet, 10 mg, 1 tablet, Orally, once a day, 30 days, 30, Refills 4
    LAB: CBC (INCLUDES DIFF/PLT) (Ordered for 07/23/2020)
Clinical Notes: The American Heart Association recommends following a Mediaterranean Diet low in sodium and high in vegetables and lean meats to reduce your blood pressure and reduce your risk for heart disease. Read the nutrition labels of your food, and look at the sodium content, which is often in miligrams. If you add up all of the food and drinks you consume in 1 day, the sodium should equal 2,000 mg or less per day total. Items highest in sodium are often packaged foods like chips, frozen meals, or items you purchase from a restaurant. More information can be found on aha.org.

**3. Dyslipidemia**
Refill Pravastatin Sodium Tablet, 40 MG, 1 tablet, Orally, in PM, 30 days, 30 Tablet, Refills 4
Refill Aspir-81 Tablet Delayed Release, 81 MG, 1 tablet, Orally, in PM, 30 days, 30, Refills 4
    LAB: LIPID PANEL (Ordered for 07/23/2020)

**4. Cough**
Start Guaifenesin Syrup, 100 MG/5ML, 10 ml as needed, Orally, BID, 10 days, 200 ml, Refills 0

**5. Others**

SOnIA, Nicolas DOB: 01████████ 45 yo M) Acc No. ████ DOS: 07/23/2020

| | | |
|---|---|---|
| | Type 2 diabetes mellitus without complications<br>**Onset Date:**<br>**Modified On:** 11/25/2019 | |
| J06.9 | Upper respiratory tract infection, unspecified type<br>**Onset Date:**<br>**Modified On:** 06/06/2019 | |
| K02.9 | Dental caries<br>**Onset Date:**<br>**Modified On:** 10/25/2019 | |
| K05.6 | Periodontal disease<br>**Onset Date:**<br>**Modified On:** 01/04/2020 | |
| M79.673 | Foot pain<br>**Onset Date:**<br>**Modified On:** 11/06/2019 | |
| M79.2 | Neuropathic pain<br>**Onset Date:**<br>**Modified On:** 09/19/2019 | |
| E16.2 | Hypoglycemia<br>**Onset Date:**<br>**Modified On:** 10/22/2019 | |
| Z68.32 | BMI 32.0-32.9,adult<br>**Onset Date:**<br>**Modified On:** 10/22/2019 | |
| Z79.4 | Long term (current) use of insulin<br>**Onset Date:**<br>**Modified On:** 01/08/2020 | |
| M13.0 | Polyarthritis<br>**Onset Date:**<br>**Modified On:** 12/10/2019 | |
| E66.09 | Other obesity due to excess calories<br>**Onset Date:**<br>**Modified On:** 01/08/2020 | |
| Z68.33 | Body mass index (BMI) 33.0-33.9, adult<br>**Onset Date:**<br>**Modified On:** 01/08/2020 | |
| H91.91 | Hearing loss of right ear, unspecified hearing loss type<br>**Onset Date:**<br>**Modified On:** 01/08/2020 | |



| R05 | Cough |
|---|---|

Notes: Coronavirus Disease 2019 (COVID-19): Prevention material was printed __S.Marchan,MA.

**Preventive Medicine**
All preventive Services Counselling Folder: Nutrition Counselling  Healthy eating 07/23/2020.
Counseling: Communication to patient: Counseling for nutrition provided **Yes**, Counseling for physical activity provided **Yes**.
After Care Instructions:  Check with your Private MD  in 2 weeks . Instructions/Advise RTC if No Improvement, take prescriptions as directed on label, hygiene, wash hands, use disposable kleenex when sneezing or coughing, drink fluids.
Discharged by  Marchan,Salma 7/23/2020 11:44:35 AM > .
Advised patient  After visit documents mailed: .
General patient education:  Advised patient:  to exercise 30-60 mins daily as tolerated;, to increase fiber in diet by having at least 5 servings of vegetables per day, no added salt diet;, to take all meds as prescribed, on low cholesterol diet-- limit red meat in diet; decrease fried fatty foods, on need for weight loss.
How to protect yourself from COVID-19 infection:
Wash your hands frequently for at least 20 seconds.
*Before eating
* When your hands are visibly soiled
* After you have used the bathroom, been in public or blown your nose, coughed or sneezed
Use hand sanitizer that contains at least 60 percent alcohol, if soap and water arent available.
Cover your cough and sneeze with a tissue, and throw your used tissues in the trash.
Avoid touching your eyes, nose and mouth.
Stay home when you are sick.
Wear a face mask, only if you are sick or are caring for someone who is sick.
Put some distance between yourself and others, especially if:
*Someone near you is sick
*You are at a higher risk of serious illness
COVID-19 is spreading in your communities
Clean and disinfect frequently touched objects and surfaces.
For more guidance, please visit the CDC website:
www.cdc.com.

**Follow Up**
2 Weeks f/u labs

gress Note: Jothi Naidu, NP  07/23/2020    8/12

l/printMultipleChartOptions.js...

SORIA, Nicolas **DOB:** ███████ ████ (45 yo M) Acc N████

**DOS:** 07/23/2020

**Onset Date:**
**Modified On:** 07/23/2020



## Past Medical History
Diabetes (HgA1c-12.7 , 06/13/2014).
HTN.
Anexiety.
Insomnia.
Dyslipidemia.
Diabetic neuropathy.
ED.
Obesity.
Otitis media.
TB Risk Assessment completed:
12.10.2019_____D. Morales,CMA .

## Surgical History
MLK- Brinchitis 06/2019

## Family History
Father: deceased 84 yrs, Diabetes and
Hypertension
Mother: alive 71 yrs, Hypertension
7 brother(s) , 2 sister(s) - healthy. 2daughter(s)
- healthy.
No known family history of coronary artery
disease, CKD, or cancer.

## Social History
Tobacco Use:
Smoking Status  Are you a:  **nonsmoker.**
Abuse/Neglect Assessment:
Abuse Assessment  Have you been hit,
slapped,kicked, or physically hurt by someone
in the past year  **No,** Date abuse/neglect
assessment completed  **04/06/2020**
___**S.Marchan,MA.**
Adult Tuberculosis (TB) Exposure Risk
Assessment :
1. Have you or anyone you see regulary been
diagnosed or suspected of being sick with
active TB disease? --  **No.** 2. Signs and
Symptoms of TB: "Within the past month have
you had prolonged cough, coughing up blood,
night sweats, weight loss, excessive fatigue?"
-- No. 3. Do you have family members or
frequent visitors who were born in high TB
prevalence countries? (most countries from
Asia, Africa, Latin America, parts of Eastern
Europe)? --  **Yes.** 4. Were you born in, or
travel to high TB prevalence countries (most
countries from Asia,Africa,Latin America,
parts of Eastern Europe)? --  **No.** 5. Do you
live in out of home placements (such as foster
care or residential facilities?) --  **No.** 6. Do
you have HIV infection or other
immunosuppressive condition(s)? --  **No.** 7.
Do you live with someone who is HIV
positive? --  **No.** 8. Do you live or frequently
visit with persons who have been incarcerated
in the last 5 years? --  **No.** 9. Do you live
among or been frequently around individuals
who are homeless, migrant workers, users of

Electronically signed by Jothi Naidu , NP on
07/23/2020 at 11:58 AM PDT
Sign off status: Completed
Visit Status:  CHK (Check Out)

.E-visit Watts Health Center
10300 COMPTON AVE
LOS ANGELES, CA 90002-3628
Tel: 323-564-4331
Fax: 323-563-1152

Progress Note: Jothi Naidu, NP   07/23/2020

SORIA, Nicolas DOB: ███ (45 yo M) Acc No. ███ DOS: 07/23/20

street drugs, or residents in nursing homes? --
**No.** 10. Do you consume alcoholic
beverages? Date 4/6/2020 __S.Marchan,MA.
NOTE: 4 or more drinks per day is a positive
answer: : No, Date TB risk assessment
completed? TB skin test administered per
standing order: Yes.
Sexual History:
███ Had sex in th███████ths
███████████████en
███████████████of
███████████████
███████████████y

Drugs  Have you used drugs other than those
for medical reasons in the past 12 months?
**No.** Alcohol Screen  How often did you have a
drink containing alcohol in the past year?
**Never (0 points).**
Miscellaneous:
Health Literacy  How far did you go in school?
**Middle school (6th to 8th grade),** What
would you say about how well you read  **I
have no problem reading.** Physical
Activity: walks 10 to 15 minutes everyday.
Current Living Arrangements (Living with):
family. Marital status: What is your current
relationship status?: married. Occupation:
works full-time Electrician.

## Allergies
N.K.D.A.

## Hospitalization/Major
## Diagnostic Procedure
pt state he had chest pain and was hospitilize
x4 days. 03/2012

Progress Note: Jothi Naidu, NP   07/23/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Exhibit D

